# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-CV-549-GCM

| | |
|---|---|
| ELINOR GARRETT,    )    | |
|     Plaintiff,    )    | |
| )    | |
| v.    )    | **O R D E R** |
| )    | |
| GANDER MOUNTAIN COMPANY    )    | |
| and    )    | |
| COLUMBIA SPORTSWEAR USA    )    | |
| CORPORATION    )    | |
|     Defendant.    )    | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is RE-SET for the **February 11, 2013** trial term at 10:30 a.m. in Charlotte Courtroom #3.

SO ORDERED.

Signed: May 14, 2012

Graham C. Mullen
United States District Judge